

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MPC:NDB
F. #2016R01197

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 22, 2016

By Hand and ECF

John S. Wallenstein, Esq.
1100 Franklin Avenue
Suite 100
Garden City, NY 11530
516-742-5600
Fax: 516-742-5040
Email: jswallensteinesq@aol.com

      Re:    United States v. Hsien Lin Hsu
              Criminal Docket No. 16-M-579 (VVP)

Dear Mr. Wallenstein:

        The government writes to provide notice to the defendant that, as previously discussed, the approximately 135 turtles seized from the defendant's residence on or about May 18, 2016, may be dispersed and therefore unavailable at trial.  To preserve the arrest evidence in this case, the government has photographed the turtles.  The government requests that, within 30 days, the defendant provide notice if he seeks to have the turtles examined prior to their dispersion.

        Very truly yours,

        ROBERT L. CAPERS
        United States Attorney

By:     /s/ Nomi Berenson
        Nomi D. Berenson
        Assistant U.S. Attorney
        (718) 254-6308

cc:     Clerk of Court (VVP) (via ECF)