

U.S. Department of Justice

United States Attorney
Eastern District of New York

NDB
F. #2016R01197

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 29, 2016

By E-mail and ECF

John S. Wallenstein, Esq.
1100 Franklin Avenue, Suite 100
Garden City, NY 11530
516-742-5600
Fax: 516-742-5040
Email: jswallensteinesq@aol.com

    Re: United States v. Hsien Lin Hsu
       Criminal Docket No. 16-M-579 (VVP)

Dear Mr. Wallenstein:

    Per your request, attached please find a draft chart providing identification of the turtles seized from the defendant's residence. These identifications have been provided to you in accordance with the terms of the draft identification stipulation entered into by the parties on August 26, 2016. The government anticipates introducing some or all of the portions of these identifications at the trial in the above-captioned case.[1]

              Very truly yours,

                ROBERT L. CAPERS
                United States Attorney

          By:  /s/ Nomi Berenson
              Nomi D. Berenson
              Assistant U.S. Attorney
              (718) 254-6308

cc:  Clerk of Court (VVP) (without enclosures)

---

[1] The government reserves the right to revise the identifications and will provide you with advance notice of any such revisions.